AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Castel, P .Kevin | S.D.N.Y. | 07/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
500 Pearl Street
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (ex officio as former president) | St. John's School of Law, Alumni Association (uncompensated) |
| 2. | Trustee (ex officio as former president) | Federal Bar Council (uncompensated) |
| 3. | Director | Federal Judges Association (uncompensated) |
| 4. | Board of Managers | Havens Relief Fund Society (uncompensated) |
| 5. | UTMA Custodian | Uniform Transfer to Minor Act account for family member (uncompensated) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 10/27/03 | Cahill Gordon & Reindel LLP agreement in connection with withdrawal from firm. (Copy of agreement filed with 2006 FDR and those of prior years.) |
| 2. | 3/4/13 | Cahill Gordon & Reindel LLP renouncement of all future payments. (Copy filed with 2012 FDR.) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | St. John's University (income as salary) |
| 2. | 2018 | Indepedent contractor serving as hearing officer (compensated on per case basis) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 5-6, 2018 | Washington D.C. | Board of Directors Meeting | Transportation, Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brk Act #1 Fidelity Capital Apprec'n Mutual Fd [FDCAX] | F | Dividend | O | T | Sold (part) | 12/14/18 | M | | |
| 2. | | | | | Sold (part) | 12/17/18 | L | | |
| 3. Brk Act #1Fidelity Cash Reserves [FDRXX] | D | Int./Div. | N | T | | | | | |
| 4. Brk Act #1 Fidelity Asset Manager Mutual Fd [FASGX] | E | Int./Div. | N | T | | | | | |
| 5. Brk Act #1 Fidelity Aggressive Growth Mutual Fd [FAMRX] | E | Int./Div. | N | T | | | | | |
| 6. Brk Act #1 Fidelity Balanced [FBALX] | E | Int./Div. | N | T | Sold (part) | 12/14/18 | L | | |
| 7. Brk Act #1 Fidelity MSCI Info [FTEC] | B | Dividend | M | T | | | | | |
| 8. Brk Act #1 Fidelity NASDAQ [FNCMX] | B | Dividend | L | T | | | | | |
| 9. Brk Act #1 Fidelity ishare TIPS ETF | A | Dividend | | | Sold | 12/13/18 | K | | |
| 10. Brk Act#1 Fidelity MSCI Real Estate ETF | B | Dividend | K | T | | | | | |
| 11. Brk Act #4 First Eagle Overseas Fund Class A | A | Dividend | J | T | | | | | |
| 12. Brk Act #4 LM [SB] Appreciation Fd CL A | B | Dividend | M | T | | | | | |
| 13. Brk Act #4 LM [SB] Large Cap Grwth FD CL A | A | Dividend | M | T | | | | | |
| 14. Brk Act #4 Morgan Stanley NY Muni Money Mkt Fd CL A | A | Interest | M | T | | | | | |
| 15. Brk Act #4 US Treasury bill | A | Interest | O | T | Buy | 12/17/18 | O | | |
| 16. Brk Act #4 VFH | A | Dividend | J | T | | | | | |
| 17. Brk Act #4 New York NY City HSG Dev Corp MultiFam 5.35/18 | B | Interest | | | Redeemed | 05/01/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brk Act #4 NYS Thruway Au Gen Rev Ser H 5/19 | B | Interest | | | Redeemed | 04/09/18 | K | A | |
| 19. Brk Act #4 Lacey Township NJ BRD ED SCH 3.25/20[19] | A | Interest | K | T | | | | | |
| 20. Brk Act #4 NY St Dorm 5/21[15] | C | Interest | | | Redeemed | 11/19/18 | L | A | |
| 21. Brk Act #4 NJ High Ed 4.5/21 | A | Interest | J | T | | | | | |
| 22. Brk Act #4 NY Gen Oblig BDS-G1 5.5/21 | B | Interest | K | T | | | | | |
| 23. Brk Act #4 NJ Econ DVA Rev Sch Fac 4.5/22 | A | Interest | | | Redeemed | 03/01/18 | K | A | |
| 24. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | B | Interest | K | T | | | | | |
| 25. Brk Act #4 NJ Econ Dev Ref-EE 5.25/22 | A | Interest | K | T | | | | | |
| 26. Brk Act #4 NJ Trans 5.25/23 | B | Interest | K | T | | | | | |
| 27. Brk Act #4 NJ State Trans 5.25/23 | C | Interest | L | T | | | | | |
| 28. Brk Act #4 NY Gen Oblig BDS E 6/23 | B | Interest | | | Redeemed | 10/15/18 | J | A | |
| 29. Brk Act #4 NY Gen Oblig BDS E 6/23 | B | Interest | | | Redeemed | 10/15/18 | K | A | |
| 30. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | B | Interest | | | Redeemed | 11/15/18 | J | A | |
| 31. Brk Act #4 Triborough Bridge & T Au Ser D 5/23 | A | Interest | | | Redeemed | 11/15/18 | K | A | |
| 32. Brk Act #4 NJ State Trans 5/24 | B | Interest | L | T | Redeemed (part) | 11/19/18 | K | A | |
| 33. Brk Act #4 Port Auth NY&NJ Con Ser153 4.5/25 | B | Interest | | | Redeemed | 07/16/18 | K | A | |
| 34. Brk Act #4 NJ EDA Sch Facs Ser EE 5.25/25 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Brk Act #4 NJ TFA Rev Ser B 5.25/25 | C | Interest | L | T | | | | | |
| 36. Brk Act #4 NJ Econ Dev Auth Sch Facs Const Ref-NN 5/26 | B | Interest | L | T | | | | | |
| 37. Brk Act #4 NJ Econ Dev Auth School 5.25/26 | D | Interest | M | T | | | | | |
| 38. Brk Act #4 NJ St. Trans Auth Ser - A 0/26 | A | Interest | L | T | | | | | |
| 39. Brk Act #4 NY NY 5/28 | B | Interest | K | T | | | | | |
| 40. Brk Act #4 NY NY 5/28 | B | Int./Div. | K | T | Spinoff (from line 39) | 09/12/18 | K | | |
| 41. Brk Act #4NJ St Trans TR FD Auth Sys Ser A 5.625/28 | C | Interest | | | Redeemed | 12/17/18 | K | A | |
| 42. Brk Act #4 NYS Thruway 5/28 | C | Interest | M | T | Buy | 09/27/18 | M | | |
| 43. Brk Act #4 NY NY IDA Rev AGC 6.125/29 | A | Interest | J | T | | | | | |
| 44. Brk Act #4 NJ St. Trans TRFD Sys - A 5.125/29 | C | Interest | L | T | | | | | |
| 45. Brk Act #4 NYS Dorm Auth 5/29 | C | Interest | M | T | Buy | 08/30/18 | M | | |
| 46. Brk Act #4 NJ TFARev Ser B 5.25/36 | D | Interest | M | T | | | | | |
| 47. Brk Act #4 Ishares TR Dow Jones Select Div Index Fund | B | Dividend | K | T | | | | | |
| 48. Brk Act #4 Port Au NY & NJ 4.5/25 | C | Interest | L | T | | | | | |
| 49. Brk Act #4 ADP | A | Dividend | J | T | | | | | |
| 50. Brk Act #4 CDK | A | Dividend | J | T | | | | | |
| 51. Brk Act #4 BR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brk Act #4 BBY | A | Dividend | J | T | | | | | |
| 53. Brk Act #4 IBM | A | Dividend | J | T | | | | | |
| 54. Brk Act #4 KMB | A | Dividend | J | T | | | | | |
| 55. Brk Act#4 HYH Part VIII | | None | | | Redeemed | 07/02/18 | J | A | |
| 56. Brk Act #4 AVNS Part VIII | | None | J | T | Spinoff (from line 55) | 07/02/18 | J | | |
| 57. Brk Act #4 KSS | A | Dividend | J | T | | | | | |
| 58. Brk Act #4 MDT | A | Dividend | J | T | | | | | |
| 59. Brk Act #4 MSFT | A | Dividend | K | T | | | | | |
| 60. Brk Act #4 WMT | A | Dividend | J | T | | | | | |
| 61. Brk Act #4 WBA | A | Dividend | J | T | | | | | |
| 62. Brk Act #4 VIG | B | Dividend | M | T | | | | | |
| 63. Brk Act #7 Bank Dep. Prog. Morgan Stanley Bank, N.A. | A | Interest | M | T | | | | | |
| 64. Brk Act # 7 PWC | A | Dividend | K | T | | | | | |
| 65. Brk Act #7 CREOX | A | Dividend | | | Sold | 10/18/18 | J | A | |
| 66. Brk Act #7 NYS Dev Corp Inc Tx 6.5/18 | A | Interest | | | Redeemed | 12/17/18 | J | A | |
| 67. Brk Act #9 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 68. Brk Act #9 EEM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Brk Act #9 PZI | A | Dividend | K | T | | | | | |
| 70. Brk Act #9 MFS Intl New Disc Fund C [MIDCX] Part VIII | A | Dividend | | | Redeemed | 04/24/18 | K | A | |
| 71. Brk Act #9 MFS Intl New Disc Fund A [MIDAX} Part VIII | A | Dividend | K | T | Buy | 04/24/18 | K | | |
| 72. Brk Act #9 New York City MWF Au W &S Ser D O CPN 0/18 | A | Interest | | | Redeemed | 06/15/18 | L | A | |
| 73. Brk Act #9 NYS G/O BDS-A 0/19 | A | Interest | K | T | | | | | |
| 74. Brk Act #9 PR Comm H & T 0/20 | A | Interest | K | T | | | | | |
| 75. Brk Act #9 XLF | A | Dividend | J | T | | | | | |
| 76. Brk Act #9 SPY | C | Dividend | M | T | | | | | |
| 77. Brk Act #9 VIG | B | Dividend | L | T | | | | | |
| 78. Brk Act #9 XLRE | A | Dividend | J | T | | | | | |
| 79. Brk Act #10 Bank Dep Prog. Morgan Stanley Bank, N.A. | A | Interest | M | T | | | | | |
| 80. Brk Act #10 NJ Health Care Fac 4/19 | A | Interest | | | Redeemed | 09/18/18 | K | A | |
| 81. Brk Act #10 NJ Turnpike Auth Ser - H 5/20 | B | Interest | L | T | | | | | |
| 82. Brk Act #10 NY St. Dorm Auth North Shore Rev A 5/21 | B | Interest | L | T | | | | | |
| 83. Brk Act #10 Mass St. Dev Fin Agy Rev H 5/21 | B | Interest | | | Redeemed | 08/24/18 | L | A | |
| 84. Brk Act #10 NJ Health Care Facs 5/21 | B | Interest | L | T | | | | | |
| 85. Brk Act #10 St. of Louisiana Unclmd Ppty 5/21 | B | Interest | | | Redeemed | 10/09/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Brk Act #10 Guam Govt Business Priv. Ser A 5/22 | B | Interest | | | Redeemed | 04/09/18 | L | A | |
| 87. | Brk Act #10 Delaware Riv Jt Toll Bridge 5/22 | B | Interest | L | T | | | | | |
| 88. | Brk Act #10 St. of Connecticut Health Facs 5/22 | B | Interest | L | T | | | | | |
| 89. | Brk Act #10 Piedmont Mun Pwr Agy 5/23 | B | Interest | L | T | | | | | |
| 90. | Brk Act #10 Monmouth Cnty NJ 5/23 | C | Interest | L | T | | | | | |
| 91. | Brk Act #10 Ohio St. Hosp Fac 5/24 | C | Interest | | | Redeemed | 12/26/18 | L | A | |
| 92. | Brk Act #10 NJ Health Care Facs Fing Auth 5/23 | B | Interest | L | T | | | | | |
| 93. | Brk Act #10 Monmouth Cnty NJ Impt Auth Lease 5/23 | B | Interest | L | T | | | | | |
| 94. | Brk Act #10 Delaware Riv & Bay Auth Del Rev B 5/24 | B | Interest | L | T | | | | | |
| 95. | Brk Act #10 Moorestown Twp NJ School Dist 5/24 | B | Interest | L | T | | | | | |
| 96. | Brk Act #10 Ohio St. Highway Cap 4/24 | C | Interest | | | Redeemed | 09/26/18 | M | A | |
| 97. | Brk Act #10 Hamilton Twp. Mercer Cnty NJ 5/25 | C | Interest | L | T | | | | | |
| 98. | Brk Act #10 NJ St Edl Fac Auth Rev-A 5/25 | C | Interest | L | T | | | | | |
| 99. | Brk Act #10 Port Auth NY & NJ Con 5/26 | C | Interest | L | T | | | | | |
| 100. | Brk Act #10 NJ Turnpike Auth Rev Ser B 5/26 | B | Interest | L | T | | | | | |
| 101. | Brk Act #10 Camden Cnty NJ Impt Auth 5/26 | C | Interest | | | Redeemed | 12/12/18 | L | A | |
| 102. | Brk Act #10 Metropolitan Trans Auth 5/26 | B | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Brk Act #10 Monmouth Cnty NJ Impt 5/27 | C | Interest | L | T | | | | | |
| 104. Brk Act #10 Hudson Cnty NJ Impt 5/29 | B | Interest | L | T | | | | | |
| 105. Brk Act #10 Mercer Cnty NJ Impt Auth 5/27 | B | Interest | L | T | | | | | |
| 106. Brk Act #10 Port Auth of NY & NJ Consld Rev 194 5/27 | B | Interest | L | T | | | | | |
| 107. Brk Act #10 Hudson Cnty NJ G/O 4/27 | B | Interest | L | T | | | | | |
| 108. Brk Act #10 Freehold Twp NJ Brd Ed 5/29 | B | Interest | | | Redeemed | 12/06/18 | L | A | |
| 109. Brk Act #10 NJ St Tpk Auth 5/29 | B | Interest | L | T | Buy | 05/09/18 | L | | |
| 110. Brk Act #10 NYC TFA 5/29 | C | Interest | M | T | Buy | 11/16/18 | M | | |
| 111. Brk Act #10 NYC TFA Rev-F3 5/30 | C | Interest | M | T | Buy | 12/20/18 | M | | |
| 112. Brk Act #10 Burlingtn Cnty NJ 5/30 | C | Interest | M | T | Buy | 08/24/18 | M | | |
| 113. Brk Act #10 NY St. Environ FACS 5/30 | C | Interest | L | T | Buy | 12/27/18 | L | | |
| 114. Brk Act #10 NY NY City Muni Wtr 5/32 | C | Interest | L | T | Buy | 12/06/18 | L | | |
| 115. Brk Act #10 NY NY City TFA 5/33 | C | Interest | M | T | Buy | 12/28/18 | M | | |
| 116. Brk Act #10 Dorm Auth NY St. Johns 5/33 | C | Interest | M | T | Buy | 10/23/18 | M | | |
| 117. Brk Act #10 NY St Environmental 5/34 | C | Interest | L | T | Buy | 12/26/18 | L | | |
| 118. Brk Act #13 Fidelity Equity Inc[FEQIX] | F | Dividend | M | T | Buy (add'l) | 12/17/18 | L | | |
| 119. Brk Act #13 Fidelity Inter Bond [FTHRX] (H) | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Brk Act #13 Fidelity Capital Apprec [FDCAX] | E | Dividend | J | T | Buy (add'l) | 12/17/18 | L | | |
| 121.  Brk Act #13 Fidelity Retire Mmkt[Cash Reserves] [FCRXX] [FCRXX][FDRXX] | B | Interest | M | T | | | | | |
| 122.  Bank Act #14 Chase Accounts | A | Interest | K | T | | | | | |
| 123.  Brk Act #5 Fidelity Smart Account | A | Interest | J | T | | | | | |
| 124.  Bank Act#16 TD Bank Account | | None | J | T | | | | | |
| 125.  Brk Act #17 Morgan Stanley /Bank Deposit Program | A | Interest | J | T | Open | 12/28/18 | J | | |
| 126.  Real Estate Long Island NY #1 | | None | M | R | | | | | |
| 127.  Bank Act #20 First Natl of LI cash accounts and CD (X) | B | Interest | M | T | | | | | |
| 128.  Brk Act #21 Fidelity SPAXX Part VIII (X) | A | Interest | K | T | Buy | 08/31/18 | M | | |
| 129. | | | | | Redeemed (part) | 11/30/18 | L | | |
| 130.  Brk Act # 21 Texas Cap Bank Dallas (CD) 2.7/11/29/19 | A | Interest | M | T | Open | 11/28/18 | L | | |
| 131.  Brk Act #21 US Treas 0/7/5/2019 | A | Interest | L | T | | | | | |
| 132.  Brk Act #21 US Treas 1/11/30/2019 | A | Interest | L | T | | | | | |
| 133.  Brk Act # 21 Wells Fargo (CD) 2.8/8/17/20 | B | Interest | M | T | Buy | 08/14/18 | M | | |
| 134.  Brk Act #21 Wells Fargo (CD) 2.45/10/15/2019 | A | Interest | M | T | Buy | 09/12/18 | L | | |
| 135.  Brk Act #21 FAMRX | A | Int./Div. | J | T | Buy | 01/30/18 | J | | |
| 136.  Brk Act # 21 FASGX | B | Dividend | J | T | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P. Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 138. Brk Act # 21 FBALX | B | Dividend | K | T | Buy | 01/09/18 | J | | |
| 139. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 140. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 141. Brk Act #21 FLCSX | C | Dividend | K | T | Buy | 01/22/18 | J | | |
| 142. | | | | | Buy (add'l) | 01/23/18 | J | | |
| 143. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 144. Brk Act #21 FTABX | A | Dividend | J | T | | | | | |
| 145. Brk Act #21 PONAX | C | Dividend | L | T | Sold (part) | 01/22/18 | J | A | |
| 146. | | | | | Sold (part) | 01/29/18 | J | A | |
| 147. Brk Act #22 Fidelity FCASH (X) | A | Interest | J | T | | | | | |
| 148. Brk Act #23 Fidelity SPAXX (X) | C | Interest | J | T | Sold (part) | 10/26/18 | L | A | |
| 149. Brk Act #23 PONAX | C | Int./Div. | | | Sold | 10/12/18 | L | A | |
| 150. Brk Act #23 FTBAX | A | Int./Div. | | | Sold | 10/12/18 | J | A | |
| 151. Brk Act #23 FGMNX | A | Int./Div. | | | Sold | 01/22/18 | J | A | |
| 152. Brk Act # 24 Fidelity FAMRX (X) | A | Int./Div. | J | T | Buy | 02/01/18 | J | | |
| 153. Brk Act #24 Fidelity SPAXX | A | Int./Div. | J | T | Buy | 08/31/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Castel, P .Kevin | 07/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Brk Act #25 Fidelity FAMRX (X) | A | Int./Div. | J | T | Buy | 02/01/18 | J | | |
| 155. Brk Act #25 SPAXX | A | Interest | J | T | Buy | 08/31/18 | J | | |
| 156. Brk Act #26 St. John's Univ DefiContribPlan TIAA Tradit Pt VIII (X) | | None | K | T | | | | | |
| 157. Brk Act #26 CREF Stock R2 Part VIII | | None | M | T | | | | | |
| 158. Brk Act #26 TIAA Real Estate PartVIII | | None | K | T | | | | | |
| 159. Brk Act #26 CREF Bond Market 2 PartVIII | | None | K | T | | | | | |
| 160. Brk Act #27 TIAA Tax Deferred Annuity CREF R2 Part VIII (X) | | None | J | T | | | | | |
| 161. Brk Act #27 TIAA Real Estate Part VIII | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PartVII, ll 54-55.        On July 2, 2018 the name and symbol for the security changed from Halyard Health Inc (HYH) to Avanos Medical Inc. (AVNS.) This has been reflected as redemption(l 54) and spinoff (l 55).

Part VII ll 70-71.        On April 24, 2018, there was a "class exchange" in which C shares were exchanged for A shares. This has been reflected as redemtion (l 70) and a buy (l 71).

Part VII l 128.        Brk Act # 21 Combined holdings and transactions in three accounts at the same brokerage firm, Fidelity, owned in whole or part by the same reporting family member. As of year end 2018, the three accounts        had been combined into one account.

Part VII ll 156-160.        Brk Act #26 Income on this Defined Contribution Plan is not reported to participant/beneficiary.

Part VII l 161.        Brk Act # 27 Income on Tax Deferred Annuity is not reported to participant/benficiary

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ P .Kevin Castel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544